# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREY DON PROCTER, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>GENERAC HOLDINGS INC., AARON JAGDFELD, and YORK A. RAGEN,<br><br>        Defendants. | CASE NO.: 2:21-cv-07009-SVW-JPR<br><br>Judge: Hon. Stephen V. Wilson<br>Complaint Filed: August 20, 2021<br><br><br>**ORDER REGARDING JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

Case 2:21-cv-07009-SVW-JPR    Filed 10/01/21    Page 1 of 2    Document 13

The Court, having read and considered the parties' Joint Stipulation Extending Time to Respond to Complaint, and good cause appearing, hereby ORDERS as follows:

1. Defendants Generac Holdings Inc., Aaron Jagdfeld, and York A. Ragen (collectively, "Defendants") are not required to respond to the complaint previously filed in this Action.

2. After the appointment of a lead plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B), lead plaintiff and Defendants shall promptly meet and confer regarding a schedule for the filing of a consolidated complaint or designation of an operative complaint, and a briefing schedule for Defendants' anticipated motion(s) to dismiss. The parties shall submit a joint stipulation with a proposed schedule no later than ten (10) business days following the appointment of lead plaintiff.

3. Nothing herein shall be deemed to constitute a waiver of any rights, defenses, objections or any other application to any court that any party may have with respect to the claims set forth in the complaint filed in this Action.

**IT IS SO ORDERED.**

DATED: October 1, 2021

Honorable Stephen V. Wilson
United States District Court Judge