VIRGINIA F. MILSTEAD (SBN 234578)
Virginia.Milstead@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 4300
Los Angeles, California
Telephone: (213) 687-5000
Facsimile: (213) 687-5000

JAMES R. CARROLL (*pro hac vice forthcoming*)
James.Carroll@skadden.com
MICHAEL S. HINES (*pro hac vice forthcoming*)
Michael.Hines@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
Telephone: (617) 573-4800
Facsimile: (617) 573-4822

Attorneys for Defendants Generac Holdings Inc.,
Aaron Jagdfeld, and York A. Ragen

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| CAREY DON PROCTER, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> GENERAC HOLDINGS INC., AARON JAGDFELD, and YORK A. RAGEN, <br><br> Defendants. | CASE NO.: 2:21-cv-07009-SVW-JPR <br><br> **DECLARATION OF YORK A. RAGEN IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE TO THE EASTERN DISTRICT OF WISCONSIN PURSUANT TO 28 U.S.C. § 1404** <br><br> DATE: November 22, 2021 <br> TIME: 1:30 p.m. <br> COURTROOM: 10A <br><br> Judge: Hon. Stephen V. Wilson <br> Complaint Filed: August 31, 2021 |

DECLARATION OF YORK A. RAGEN IN SUPPORT OF DEFENDANTS' TRANSFER MOTION

Case 2:21-cv-01342-LA    Filed 10/19/21    Page 1 of 4    Document 14-1

## DECLARATION OF YORK A. RAGEN

I, York A. Ragen, declare as follows:

1. I am the Chief Financial Officer for Generac Holdings Inc. ("Generac") and a Defendant in this action.

2. I have reviewed the complaint filed in this action on August 31, 2021 (the "Complaint"), and I submit this Declaration in support of Defendants' Motion to Transfer this action to the Eastern District of Wisconsin pursuant to 28 U.S.C. § 1404.

3. I have personal knowledge of the matters set forth in this Declaration. If called upon to do so, I would testify competently as follows.

### Generac's Headquarters and Relevant Operations Are In Waukesha

4. Generac is a publicly-traded Delaware corporation headquartered in Waukesha, Wisconsin.

5. Generac, through its wholly owned subsidiaries, is a worldwide designer, manufacturer, and seller of power generation equipment, energy storage systems, and other power products for the residential, and light commercial and industrial markets worldwide. Additionally, the company sells aftermarket service parts and product accessories to dealers.

6. Generac's reporting functions are located at its headquarters in Waukesha.

7. Generac prepares, approves, and maintains its public documents, reports, announcements, Securities and Exchange Commission ("SEC") filings, and wire and press releases at its headquarters in Waukesha. Generac disseminates the

DECLARATION OF YORK A. RAGEN IN SUPPORT OF DEFENDANTS' TRANSFER MOTION

same public documents, reports, announcements, SEC filings, and wire and press releases from its headquarters.

8. Generac's financial, accounting, and legal functions, including generating the underlying information for Generac's public reporting or handling Generac's legal claims, occur at the headquarters in Waukesha. Additionally, Generac maintains its corporate books and records, including documents relating to information underlying its public documents, including reports, SEC filings, and press releases, at its headquarters in Waukesha.

9. Generac's primary operating entity is Generac Power Systems, Inc., ("GPS"), which is a Wisconsin corporation headquartered in Waukesha, Wisconsin. On July 2, 2021, GPS acquired Chilicon Power, LLC ("Chilicon"). Chilicon designs and manufactures microinverters for PV modules. GPS's operations through the former Chilicon entity are the only offices GPS maintained in the Central District of California as of the filing of the Complaint in this action.

### The Individual Defendants And Other Key Witnesses Are In Waukesha

10. Defendant Aaron Jagdfeld has served as Generac's President and Chief Executive Officer since September 2008 and as a director since November 2006. He works at Generac's headquarters in Waukesha and lives in the greater Milwaukee area.

11. I have been Chief Financial Officer at Generac since September 2008. I work at Generac's headquarters in Waukesha and live in the greater Milwaukee area.

12. In addition, other potential witnesses who were involved in the preparation, approval, or dissemination of statements identified in the Complaint also work at Generac's headquarters and live in the greater Milwaukee area, including:

a. Bill Mongan, Vice President Finance; and

b. Raj Kanuru, Executive Vice President, General Counsel & Secretary.

**The Alleged Operative Events Occurred In Waukesha**

13. The statements identified in the Complaint are contained within SEC filings and press releases that were prepared in and issued from Generac's headquarters in Waukesha.

14. Any valuation and/or accounting underlying the data used in the preparation of those reports and press releases was done at Generac's headquarters in Waukesha.

15. The majority, if not all, of the potentially relevant documents are located in eastern Wisconsin.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on October 19, 2021 in Waukesha, Wisconsin.

By: _____
York A. Ragen

DECLARATION OF YORK A. RAGEN IN SUPPORT OF DEFENDANTS' TRANSFER MOTION