# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARY DON PROCTER, Individually and On Behalf of All Others Similarly Situated<br><br>                          Plaintiff,<br><br>          v.<br><br>GENERAC HOLDINGS INC., AARON JAGDFELD, and YORK A. RAGEN,<br><br>                          Defendants. | CASE NO.:  2:21-cv-07009-SVW-JPR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER VENUE TO THE EASTERN DISTRICT OF WISCONSIN PURSUANT TO 28 U.S.C. § 1404**<br><br>Judge:  Hon. Stephen V. Wilson<br>Complaint Filed:  August 31, 2021 |

1

Having considered the motion of Defendants Generac Holdings Inc., Aaron Jagdfeld, and York A. Ragen ("Defendants") to transfer venue under 28 U.S.C. § 1404(a) from the United States District Court for the Central District of California to the United States District Court for the Eastern District of Wisconsin, and for good cause shown,

IT IS HEREBY ORDERED that Defendants' motion to transfer venue is GRANTED. This action shall be transferred to the Eastern District of Wisconsin, and the Clerk of the Court is directed to take all necessary steps to facilitate the transfer of this action.

Date:_____, 2021

_____
HON. STEPHEN V. WILSON
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER

Case 2:21-cv-01342-LA    Filed 10/19/21    Page 2 of 2    Document 14-2