POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Carey Don Procter*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREY DON PROCTER, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GENERAC HOLDINGS INC., AARON JAGDFELD, and YORK A. RAGEN, <br><br> Defendants. | Case No. 2:21-cv-07009-SVW-JPR <br><br> RESPONSE TO MOTION TO TRANSFER VENUE <br><br> DATE: November 22, 2021 <br> TIME: 1:30 p.m. <br> COURTROOM: 10A <br> Judge: Hon. Stephen V. Wilson |

Plaintiff Carey Don Procter ("Plaintiff") hereby responds to Defendants' Motion to Transfer Venue to the Eastern District of Wisconsin, made pursuant to 28 U.S.C. § 1404(a) (the "Transfer Motion").  Dkt. No. 14.

Plaintiff takes no position with respect to the Transfer Motion.

Dated:  November 1, 2021

Respectfully submitted,

POMERANTZ LLP

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Carey Don Procter*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 1, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti