# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JS-6

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-07009-SVW-JPR | Date | November 18, 2021 |
| Title | *Carey Don Procter v. Generac Holdings Inc. et al.* | | |

**Present: The Honorable** STEPHEN V. WILSON, U.S. DISTRICT JUDGE

|  | |
|---|---|
| Paul M. Cruz | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| N/A | N/A |

**Proceedings:**      **ORDER GRANTING MOTION TO TRANSFER [14]**

Before the Court is a motion to transfer this putative class action to the United States District Court for the Eastern District of Wisconsin, filed by Defendants Generac Holdings Inc. ("Generac"), Aaron Jagdfeld, and York A. Ragen (collectively, "Defendants"). *See* Dkt. 14. Plaintiff Carey Don Procter filed a response to Defendants' motion, indicating that he takes no position on the motion to transfer. *See* Dkt. 15.

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." 28 U.S.C. § 1404(a); *see Jones v. GNC Franchising, Inc.*, 211 F.3d 495, 498–99 (9th Cir. 2000) (listing a number of relevant factors for courts to consider).

For the convenience of the parties and in the interests of justice, the Court concludes that transfer is appropriate here. First, this action could have been brought in the Eastern District of Wisconsin: Generac's headquarters are located in Waukesha, Wisconsin. The individual defendants work at Generac's headquarters and reside in the greater Milwaukee, Wisconsin area.

Moreover, the allegedly false or misleading statements were disseminated from Waukesha, Wisconsin. The potential witnesses involved in drafting, approving, and issuing the allegedly false or misleading statements work and live in eastern Wisconsin. The parties will have easier access to these witnesses, and the United States District Court for the Eastern District of Wisconsin can more

_____ : _____

Initials of Preparer

PMC

| Case No. | 2:21-cv-07009-SVW-JPR | Date | November 18, 2021 |
|---|---|---|---|

| Title | *Carey Don Procter v. Generac Holdings Inc. et al.* |
|---|---|

effectively compel these witnesses to appear at trial if necessary.    The Court also notes that Plaintiff Procter, as well as the plaintiff in the related case, Nahil Khami, does not oppose the motion to transfer.

For these reasons, Defendants' motion to transfer the case is GRANTED.    The remaining motions in the related case to consolidate and appoint counsel and lead plaintiff, *see* Case No. 2:21-cv-06777-SVW-JPR, Dkts. 24, 27, are to be brought before the transferee court.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer

PMC