**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

| | |
|---|---|
| IN RE GENERAC HOLDINGS INC. SECURITIES LITIGATION | No. 21-CV-1342-LA<br><br>CLASS ACTION<br><br>**ORDER GRANTING STIPULATION OF SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT AND RESPONSE THERETO**<br><br>This Document Applies to: All Actions |

Upon consideration of the Stipulation filed by Lead Plaintiff Carey Don Procter ("Lead Plaintiff"),

**IT IS HEREBY ORDERED THAT:**

The Stipulation is granted and the following schedule shall govern the filing of the Consolidated Complaint and Defendants' response thereto:

| Event | Deadline |
|---|---|
| Lead Plaintiff's Consolidated Complaint | February 14, 2022 |
| Defendants' Answer, motion to dismiss, or other response to the Consolidated Complaint | April 1, 2022 |
| Lead Plaintiff's Opposition to Defendants' motion to dismiss or other response, if any | May 16, 2022 |
| Defendants' Reply in support of motion to dismiss or other response, if any | June 17, 2022 |

**SO ORDERED THIS 10th DAY OF January, 2022**

 s/Lynn Adelman
The Honorable Lynn S. Adelman
United States District Judge